# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0315−2 | User: admin | Date Created: 05/13/2020 |
| Case: 20−20520−GLT | Form ID: 318 | Total: 33 |

**Recipients of Notice of Electronic Filing:**
ust     Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
tr     Eric E. Bononi     bankruptcy@bononilaw.com
aty     Keri P. Ebeck     kebeck@bernsteinlaw.com
aty     Lauren M. Lamb     llamb@steidl−steinberg.com

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Erin E Seevers     PO Box 334     South Heights, PA 15081
cr     PRA Receivables Management, LLC     PO Box 41021     Norfolk, VA 23541
cr     Duquesne Light Company     c/o Bernstein−Burkley, P.C.     707 Grant Street, Suite 2200, Gulf Tower     Pittsburgh, PA 15219
smg     Pennsylvania Dept. of Revenue     Department 280946     P.O. Box 280946     ATTN: BANKRUPTCY DIVISION     Harrisburg, PA 17128−0946
15199380     Barclays Bank Delaware     Attn: Bankruptcy     Po Box 8801     Wilmington, DE 19899
15199379     Barclays Bank Delaware     P.o. Box 8803     Wilmington, DE 19899
15199381     Bayview Loan Servicing     4425 Ponce DeLeon Boulevard     Coral Gables, FL 33146
15199382     Boscovs     Retail Services     PO Box 15521     Wilmington, DE 19850
15199383     Brighton Radiology     P.O. Box 536287     Pittsburgh, PA 15253−5904
15199384     Capio Partners Llc     2222 Texoma Pkwy     Sherman, TX 75091
15199385     Capio Partners Llc     Attn: Bankruptcy     Po Box 3498     Sherman, TX 75091
15199386     Capital One     PO Box 71083     Charlotte, NC 28272−1083
15199387     Discover Financial     Pob 15316     Wilmington, DE 19850
15199388     Heritage Valley Sewickley     P.O. Box 382085     Pittsburgh, PA 15251
15199389     Heritage Valley Sewickley     P.O. Box 382085     Pittsburgh, PA 15251
15199390     KML Law Group     BNY Mellon Independence Center     701 Market Street – Suite 5000     New York, NY 10106
15199391     Law offices of Frederic I. Weinberg     375 Elm Street     Suite 210     Conshohocken, PA 19428
15199392     Medexpress Billing     PO Box 719     Dellslow, WV 26531
15199393     Midland Fund     320 East Big Beaver     Troy, MI 48083
15199394     Midland Fund     320 East Big Beaver     Troy, MI 48083
15199395     Northstar Location Services     Attn: Financial Services     Dept. 4285 Genesee Street     Cheektowaga, NY 14225
15199396     SYNCB/Wal−Mart     PO Box 965024     Orlando, FL 32896−5024
15199800     Synchrony Bank     c/o of PRA Receivables Management, LLC     PO Box 41021     Norfolk, VA 23541
15199398     Synchrony Bank/Walmart     Attn: Bankruptcy     Po Box 965060     Orlando, FL 32896
15199397     Synchrony Bank/Walmart     Po Box 965024     Orlando, FL 32896
15199400     Transworld Sys Inc/51     Attn: Bankruptcy     Po Box 15618     Wilmington, DE 15618
15199399     Transworld Sys Inc/51     Pob 15273     Wilmington, DE 19850
15199402     Wells Fargo Dealer Services     Attn: Bankruptcy     Po Box 19657     Irvine, CA 92623
15199401     Wells Fargo Dealer Services     Po Box 10709     Raleigh, NC 27605

TOTAL: 29